AO 240 (Rev. 10/03)

E-FILED
Friday, 11 February, 2005   10:36:38 AM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT

_____ District of _____

**FILED**
FEB 1 1 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Plaintiff

V.

Defendant

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER:

I, __Richard Young_____ declare that I am the (check appropriate box)

☐ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration __Rock Island County__

   Are you employed at the institution? __NO__   Do you receive any payment from the institution? __NO__

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?    ☐ Yes    ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.   __incarcerated__

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ | ☒ |
   | b. | Rent payments, interest or dividends | ☐ | ☒ |
   | c. | Pensions, annuities or life insurance payments | ☐ | ☒ |
   | d. | Disability or workers compensation payments | ☐ | ☒ |
   | e. | Gifts or inheritances | ☐ | ☒ |
   | f. | Any other sources | ☐ | ☒ |

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

_____  
2/5/04  
Date

_____  
Richard Young  
Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

Inmate: Richard Jeffrey Young

| # | Date/Time | Amount | Made By | Notes | Officer |
|---|---|---|---|---|---|
| 163) | 03/14/2002 11:22 | $-0.25 | | Commissary item: 19 | |
| 164) | 03/14/2002 11:22 | $-0.55 | | Commissary item: 43 | |
| 165) | 03/14/2002 11:22 | $-0.55 | | Commissary item: 44 | |
| 166) | 03/14/2002 11:22 | $-2.00 | | Commissary item: 46 | |
| 167) | 03/14/2002 11:22 | $-2.25 | | Commissary item: 47 | |
| 168) | 03/14/2002 21:22 | $5.60 | Richard Jeffrey Young | REFUSED COMMISSARY | Rubalcava, Omar Rene |
| 169) | 03/21/2002 08:49 | $-0.85 | | Commissary item: 5 | |
| 170) | 03/21/2002 08:50 | $-1.25 | | Commissary item: 32 | |
| 171) | 03/21/2002 08:50 | $-0.68 | | Commissary item: 35 | |
| 172) | 03/21/2002 08:50 | $-2.00 | | Commissary item: 46 | |
| 173) | 03/21/2002 08:50 | $-2.25 | | Commissary item: 47 | |
| 174) | 03/21/2002 08:50 | $-1.75 | | Commissary item: 65 | |
| 175) | 03/30/2002 18:56 | $10.00 | Richard Jeffrey Young | | Ryerson, Thomas J |
| 176) | 04/04/2002 09:32 | $-0.80 | | Commissary item: 9 | |
| 177) | 04/04/2002 09:32 | $-0.25 | | Commissary item: 19 | |
| 178) | 04/04/2002 09:32 | $-2.00 | | Commissary item: 46 | |
| 179) | 04/04/2002 09:32 | $-2.25 | | Commissary item: 47 | |
| 180) | 04/04/2002 09:33 | $-3.50 | | Commissary item: 65 | |
| 181) | 04/11/2002 09:37 | $-0.85 | | Commissary item: 5 | |
| 182) | 04/11/2002 09:37 | $-0.34 | | Commissary item: 35 | |
| 183) | 06/03/2002 11:45 | $-32.00 | Richard Jeffrey Young | Inmate Medical Expenses for MATTRESS | Schrupp, Jennifer L |
| 184) | 06/06/2002 10:00 | $-2.50 | Richard Jeffrey Young | Inmate Medical Expenses for ARM ID BANDS | Hernandez, Richard G |
| 185) | 06/02/2004 15:19 | $7.72 | Richard Jeffrey Young | Property Intake: CASH, MISC BILLS | Johnston, Yvonne Irene |
| 186) | 06/05/2004 11:41 | $15.00 | Charlotte M Mincks | | Mendoza, Michale |
| 187) | 06/06/2004 09:36 | $20.00 | Mae B Mcquieter | | Stulir, Jeffrey A |
| 188) | 06/08/2004 20:57 | $-0.40 | | Commissary item: 1 | |
| 189) | 06/08/2004 20:57 | $-0.40 | | Commissary item: 3 | |
| 190) | 06/08/2004 20:57 | $-1.48 | | Commissary item: 35 | |
| 191) | 06/08/2004 20:57 | $-1.10 | | Commissary item: 44 | |
| 192) | 06/08/2004 20:57 | $-2.25 | | Commissary item: 47 | |
| 193) | 06/08/2004 20:57 | $-0.55 | | Commissary item: 59 | |
| 194) | 06/08/2004 20:57 | $-1.75 | | Commissary item: 65 | |
| 195) | 06/14/2004 17:22 | $25.00 | Karen D Coleman | | Schiltz, Edward |
| 196) | 06/15/2004 21:45 | $-2.40 | | Commissary item: 1 | |

Inmate Cash Account Withdrawal

Inmate: Richard Jeffrey Young

| # | Date/Time | Amount | Made By | Notes | Officer |
|---|---|---|---|---|---|
| 197) | 06/15/2004 21:45 | $-1.20 | | Commissary item: 2 | |
| 198) | 06/15/2004 21:45 | $-2.40 | | Commissary item: 3 | |
| 199) | 06/15/2004 21:45 | $-1.65 | | Commissary item: 18 | |
| 200) | 06/15/2004 21:45 | $-1.65 | | Commissary item: 44 | |
| 201) | 06/15/2004 21:46 | $-0.55 | | Commissary item: 45 | |
| 202) | 06/15/2004 21:46 | $-6.00 | | Commissary item: 46 | |
| 203) | 06/15/2004 21:46 | $-6.75 | | Commissary item: 47 | |
| 204) | 06/15/2004 21:46 | $-0.55 | | Commissary item: 52 | |
| 205) | 06/15/2004 21:46 | $-0.55 | | Commissary item: 59 | |
| 206) | 06/15/2004 21:46 | $-1.75 | | Commissary item: 65 | |
| 207) | 06/27/2004 11:05 | $20.00 | Mae B Mcquieter | | Burns, Lori A |
| 208) | 07/01/2004 08:29 | $-2.40 | | Commissary item: 1 | |
| 209) | 07/01/2004 08:29 | $-1.60 | | Commissary item: 2 | |
| 210) | 07/01/2004 08:29 | $-2.40 | | Commissary item: 3 | |
| 211) | 07/01/2004 08:29 | $-1.75 | | Commissary item: 42 | |
| 212) | 07/01/2004 08:29 | $-1.65 | | Commissary item: 44 | |
| 213) | 07/01/2004 08:29 | $-4.00 | | Commissary item: 46 | |
| 214) | 07/01/2004 08:29 | $-0.55 | | Commissary item: 58 | |
| 215) | 07/01/2004 08:29 | $-1.75 | | Commissary item: 65 | |
| 216) | 07/03/2004 10:01 | $10.00 | Sarah Marie Mincks | | Baker, Nathan J |
| 217) | 07/06/2004 22:21 | $-0.60 | | Commissary item: 1 | |
| 218) | 07/06/2004 22:21 | $-1.40 | | Commissary item: 3 | |
| 219) | 07/06/2004 22:22 | $-1.75 | | Commissary item: 42 | |
| 220) | 07/06/2004 22:22 | $-1.65 | | Commissary item: 44 | |
| 221) | 07/06/2004 22:22 | $-2.00 | | Commissary item: 46 | |
| 222) | 07/06/2004 22:22 | $-4.50 | | Commissary item: 47 | |
| 223) | 07/06/2004 22:22 | $-1.75 | | Commissary item: 65 | |
| 224) | 07/11/2004 11:36 | $15.00 | Mae B Mcquieter | | Hernandez, Richard G |
| 225) | 07/13/2004 22:07 | $-2.40 | | Commissary item: 1 | |
| 226) | 07/13/2004 22:07 | $-1.60 | | Commissary item: 2 | |
| 227) | 07/13/2004 22:07 | $-2.00 | | Commissary item: 3 | |
| 228) | 07/13/2004 22:07 | $-1.75 | | Commissary item: 42 | |
| 229) | 07/13/2004 22:07 | $-0.55 | | Commissary item: 43 | |
| 230) | 07/13/2004 22:07 | $-1.65 | | Commissary item: 44 | |
| 231) | 07/13/2004 22:07 | $-2.25 | | Commissary item: 47 | |
| 232) | 07/13/2004 22:07 | $-0.55 | | Commissary item: 59 | |

| # | Date/Time | Amount | Made By | Notes | Officer |
|---|---|---|---|---|---|
| 233) | 07/13/2004 22:07 | $-1.75 | | Commissary item: 65 | |
| 234) | 07/13/2004 22:07 | $-0.55 | | Commissary item: 71 | |
| 235) | 07/14/2004 11:45 | $10.00 | Allen Keith Douglas | | Mendoza, Michale |
| 236) | 07/20/2004 21:40 | $-0.60 | | Commissary item: 8 | |
| 237) | 07/20/2004 21:40 | $-1.11 | | Commissary item: 35 | |
| 238) | 07/20/2004 21:40 | $-1.75 | | Commissary item: 42 | |
| 239) | 07/20/2004 21:40 | $-0.55 | | Commissary item: 44 | |
| 240) | 07/20/2004 21:40 | $-2.00 | | Commissary item: 46 | |
| 241) | 07/20/2004 21:40 | $-2.25 | | Commissary item: 47 | |
| 242) | 07/20/2004 21:40 | $-1.75 | | Commissary item: 65 | |
| 243) | 07/23/2004 09:40 | $20.00 | Mae B Mcquieter | | Schrupp, Jennifer L |
| 244) | 07/28/2004 09:27 | $-0.37 | | Commissary item: 35 | |
| 245) | 07/28/2004 09:27 | $-1.75 | | Commissary item: 42 | |
| 246) | 07/28/2004 09:27 | $-1.10 | | Commissary item: 43 | |
| 247) | 07/28/2004 09:27 | $-5.50 | | Commissary item: 44 | |
| 248) | 07/28/2004 09:27 | $-3.85 | | Commissary item: 59 | |
| 249) | 07/28/2004 09:27 | $-3.50 | | Commissary item: 65 | |
| 250) | 07/28/2004 09:27 | $-1.65 | | Commissary item: 71 | |
| 251) | 08/03/2004 21:13 | $-2.25 | | Commissary item: 47 | |
| 252) | 08/07/2004 13:29 | $20.00 | Mae B Mcquieter | | Vincent, Tina M |
| 253) | 08/10/2004 20:43 | $-1.00 | | Commissary item: 1 | |
| 254) | 08/10/2004 20:43 | $-1.00 | | Commissary item: 3 | |
| 255) | 08/10/2004 20:43 | $-1.75 | | Commissary item: 42 | |
| 256) | 08/10/2004 20:43 | $-1.65 | | Commissary item: 44 | |
| 257) | 08/10/2004 20:43 | $-4.00 | | Commissary item: 46 | |
| 258) | 08/10/2004 20:44 | $-6.75 | | Commissary item: 47 | |
| 259) | 08/10/2004 20:44 | $-3.50 | | Commissary item: 65 | |
| 260) | 08/14/2004 08:50 | $20.00 | Sarah Marie Mincks | | Vincent, Tina M |
| 261) | 08/24/2004 23:09 | $-2.40 | | Commissary item: 1 | |
| 262) | 08/24/2004 23:09 | $-1.20 | | Commissary item: 2 | |
| 263) | 08/24/2004 23:09 | $-2.40 | | Commissary item: 3 | |
| 264) | 08/24/2004 23:09 | $-1.11 | | Commissary item: 35 | |
| 265) | 08/24/2004 23:09 | $-0.55 | | Commissary item: 43 | |
| 266) | 08/24/2004 23:09 | $-2.75 | | Commissary item: 44 | |
| 267) | 08/24/2004 23:10 | $-4.00 | | Commissary item: 46 | |
| 268) | 08/24/2004 23:10 | $-4.50 | | Commissary item: 47 | |