E-FILED
Friday, 11 February, 2005  10:37:06 AM
Clerk, U.S. District Court, ILCD

RECEIVED
FEB 1 1 2005
U.S. CLERK'S OFFICE
ROCK ISLAND, ILLINOIS

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

Richard Young )
**Plaintiff** )
)
vs. )  Case No. _____
)
The State of Illinois, )
Co-Defendants: Allan Blackwood, )
David Sullivan, David Osborne )
The Rock Island Police Dep )
-artment (Officer Nichols) **Defendant(s)** )

## COMPLAINT

☒ 42 U.S.C. §1983 (suit against state officials for constitutional violations)

☐ 28 U.S.C. § 1331 (suit against federal officials for constitutional violations)

☐ Other  falsefying court documents/unusual punishment/false arrest

Please note: This form has been created for prisoners but can be adapted for use by non-prisoners.

Now comes the plaintiff, Richard Young, and states as follows:

My current address is: Rock Island County Jail 1317 3rd AVE Rock Island IL. 61201

The defendant The State of Illinois, is employed as Judge Allan Blackwood at Rock Island fourteenth judicial circuit court

The defendant The State of Illinois, is employed as Det. David Sullivan at Rock Island Police Department

The defendant The State of Illinois, is employed as Asst. State Attorney David Osborne at Rock Island fourteenth judicial circuit court

The defendant The Rock Island police department is employed as Nichols T.W. police officer at The Rock Island police department

(revised 9/96)

The defendant _____, is employed as _____

_____ at _____

For additional plaintiffs or defendants, provide the information in the same format as above on a separate page.

## LITIGATION HISTORY

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?    Yes ☐    No ☒

If yes, please describe _____

_____

B. Have you brought any other lawsuits in state or federal court while incarcerated?

Yes ☒    No ☐

C. If your answer to B is yes, how many? ____ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.) Violation of constitutional rights

1. Parties to previous lawsuit:

   Plaintiff(s) Richard Young

   Defendant(s) Charles Stengel, Mark Biscontine, Bud Vershman, David Sullivan

2. Court (if federal court, give name of district; if state court, give name of county)
   Rock Island County

3. Docket Number/Judge Harold Baker

4. Basic claim made violation of constitutional rights

5. Disposition (That is, how did the case end. Was the case dismissed? Was it appealed? Is it still pending?) was dismissed (plan to appeal) will report to office of Professional Standards ✱

2

6. Approximate date of filing of lawsuit __Sept. 04__

7. Approximate date of disposition __Nov. 04__

For additional cases, provide the above information in the same format on a separate page.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

A. Is there a grievance procedure available at your institution?  Yes ☒  No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?  Yes ☐  No ☐

If your answer is no, explain why not __court proceeding__

C. Is the grievance process completed?  Yes ☐  No ☐

PLEASE NOTE: THE PRISON LITIGATION REFORM ACT BARS ANY INCARCERATED PERSON FROM BRINGING SUIT CONCERNING THE CONDITIONS OF HIS CONFINEMENT UNLESS AND UNTIL HE HAS EXHAUSTED AVAILABLE ADMINISTRATIVE REMEDIES. PLEASE ATTACH COPIES OF MATERIALS RELATING TO YOUR GRIEVANCE.

# STATEMENT OF CLAIM

Place of the occurrence ___Rock Island fourteenth judicial circuit Court___

Date of the occurrence ___6/3/04, 6/7/04, 6/18/04, 12/15/04___

Witnesses to the occurrence ___in-court stenographer___

State here briefly the FACTS that support your case. Describe how EACH defendant is involved.
Do not give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.
THE COURT STRONGLY URGES THAT YOU USE ONLY THE SPACE PROVIDED.

On 4/16/04 I was wrote a citation for no valid drivers lisense and a seatbelt violation. On 6/2/04 I was arrested for driving while suspended. ① On 6/3/04 Judge Allen Blackwood raised my bond to $500.00 for a simple driving while suspended. ② On 6/7/04 Blackwood again raised my bond to $25,000. (my bond started as $1,000). ③ Blackwood sighed an arrest warrent allowing the State to upgrade a no valid drivers lisense citation (petty offense) into a class 4 felony. On 6/15/04 Det. David Sullivan testified at my preliminary hearing. ④ On 12/15/04 Sullivan did not testify at my trial violating my constitutional right that states: The right to confront and cross-examine your accusers. ⑤ On 6/18/04 I recieved my discovery pack from Asst. State Attorney David Osborne containing a falsefied court document. ⑥ Osborne upgraded a no valid drivers lisense into a class 4 felony. (no valid drivers lisense is a petty offense!) On 6/2/04 I was arrested by office T.W. Nichols for driving while suspended and took into custody

4

of the Rock Island County Jail. On approxametly 7/13/04 the Office Of The Secretary Of State mailed a notice of suspension explaining my suspension will go into effect on 7/26/04. I was arrested before my suspension went into effect, due to my incarceration I was unable to continue payments of my high risk insurance.

## RELIEF REQUESTED

*(State exactly what relief you want from the court.)*

Undecided cash amount and terminate and/or demote defendants involved.

**JURY DEMAND**    Yes ☒    No ☐

Signed this  2/4/04  day of  2/4/04 , 19 2004 .

_Richard Young_
( Signature of Plaintiff)

| Name of Plaintiff: Richard Young | Inmate Identification Number: K65118 |
|---|---|
| Address: 1317 3rd AVE Rock Island County Jail | Telephone Number: N/A |