E-FILED
Tuesday, 15 February, 2005 10:42:10 AM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **Richard Young** ) | **WRIT OF HABEAS CORPUS** |
| Plaintiff ) | **AD TESTIFICANDUM** |
| ) | |
| vs ) | |
| ) | **CASE NO. 05-4018** |
| **State of Illinois, Allan Blackwood,** ) | |
| **David Osborne, T. W. Nichols** ) | FILED |
| Defendant ) | FEB 15 2005 |
| | U.S. CLERK'S OFFICE |
| | ROCK ISLAND, ILLINOIS |

**TO: THE WARDEN** of Rock Island County Jail at 1317 Third Avenue, Rock Island, Illinois.

   **WE COMMAND** that you produce the body of **Richard Young**, who is in your custody at Rock Island County Jail before the United States District Court on **Monday, February 28, 2005 at 9:30 A.M.** by making that person personally available at a telephone at the institution to participate in a hearing before the court by **TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants. This telephone conference call is a public proceeding as though the prisoner were present in open court. Anyone can listen. At the termination of said hearing you may return him to his current regular assignment.

   **WITNESS** the Honorable John M. Waters, CLERK of the United States District Court for the Central District of Illinois.

   DATED: February 15, 2005

                              JOHN M. WATERS, CLERK
                              UNITED STATES DISTRICT COURT

                              BY: _____s/T. Peeples_____
                                    Deputy Clerk

044071writ1018.wpd