Dear John Waters, (Clerk of the US district court)   2/15/04

I have recieved the Write Of Habeas Corpus on case number 05-4018. There is a very important part missing. I also filed suit against the Rock Island Police Department. That is a very important part of the suit why is it missing? Can you please fix it? I have also been advised by my family and friends not to participate in the telephone conference call intill I recieve legal representation. Can you please inform the court of this matter? Enclosed in this envelope is a stamped envelope with a peice of paper for your response. Thank you

Richard Young

FILED
FEB 2 2 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS