AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**Richard Young**

      vs.    Case Number:  **05-4018**

**State of Illinois; Allan Blackwood, Rock Island 14th Judicial Circuit Court; David Osborn, Assistant States Attorney, Rock Island 14th Judicial Circuit Court; T.W. Nichols, Police Officer Rock Island Police Department**

☐ **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X DECISION BY THE COURT**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this case is dismissed in its entirety without prejudice for failure to state a claim upon which can be granted.------------------------------------------------------------------------

                        ENTER this 1st  day of March, 2005

                        JOHN M. WATERS, CLERK

                        S/Denise Koester
                        _____
                        BY:  DEPUTY CLERK