FILED

MAR 1 0 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

E-FILED
Thursday, 10 March, 2005  10:31:36 AM
Clerk, U.S. District Court, ILCD

Dear John M. Waters                                  3/7/04

On 3/1/05 a Judgement in civil case number 05-4018 (Richard Young vs. State of Illinois) was ordered, the case to no surprise was dismissed in it's entirety. I believe the court has erred in its decision. First of all the court is required by 28 U.S.C § 1915 A to "screen" the plantiff's complaint. A Write of Habeas Corpus was filed 2/13/04 concerning a telephone conference call allowing myself to be available to participate in. I in turn wrote you (clerk) on 2/15/04 informing you there were parts missing from the original complaint filed, also that with out legal representation I am not to participate in the conference call. The decision by the court state's "this action came to trial or hearing before the court". I never partipated in a "screening" on case number 05-4018. If a hearing was held I was not present on phone or in person. I never seen a case dismissed so fast in my life! I request to appeal the court's decision, please inform the court and send the forms concerning appealing the court's decision. Also the order that was issued 3/1/05 states I must pay $250.00 for a filling fee, the 1983 lawsuit pack states "that the filling fee is $150.00", why am I being charge $250.00? It also states the agency having custody must foward monthly payments from the prisoner's account if the account exceeds $10.00. On 2/15/04 I mailed a stamped envelope and a peice of paper for your responce, Can I have that back?

Richard Young