MAR 1 6 2005

Dear John Water,

On 3/7/04 I wrote a letter conserning case number 05-4018. I stated in the letter I wanted to appeal the judges decision. The reason I write today is to inform you of my latest decision, I've decided to dismiss my suit in it entirety. I've come to the conclusion I can do without the extra heart ache and dificulties in my life! I know I still owe for filling fee's I'm unsure what I owe. I apolagize for the complications I've cause.

Richard Young

PS Please inform me you recieved this correspondence.